UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY M. GARRETT,<br><br>               Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>               Defendant. | No.  2:14-CV-155-LRS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The Commissioner's decision is **REVERSED** and pursuant to sentence four of 42 U.S.C. Section 405(g) and Section 1383(c)(3), this matter is **REMANDED** to the Commissioner for additional proceedings and/or finding consistent with the Order entered by the Court on 04/13/15.  Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED:  April 13, 2015.

                                                  SEAN F. McAVOY
                                                  Clerk of Court

                                          By: *s/Penny Lamb*
                                                  Deputy Clerk